```
         FILED          RECEIVED
         ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

              MAR 2 9 2012

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                         DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,        )<br>                             )<br>   v.                        )    2:11-CR-317-LDG (CWH)<br>                             )<br>                             )<br> ROSALIE DELGADO,            )<br>                             )<br>            Defendant.       )| |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 29, 2012, defendant ROSALIE DELGADO, pled guilty to Counts One and Two of the Four-Count Criminal Indictment charging her in Count One with Conspiracy to Distribute Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and in Count Two with Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Section 841(a)(1).

This Court finds defendant ROSALIE DELGADO agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant ROSALIE DELGADO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

(a) Remington Arms, .38 caliber, two-shot Derringer pistol, serial number 62; and

(b) any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ROSALIE DELGADO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 29 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE